**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00344-CMA-CBS

VARIE STORY,

    Plaintiff,

v.

NCB MANAGEMENT SERVICES, INC., a Pennsylvania corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and the Notice of Dismissal With Prejudice (Doc. # 6), filed by Plaintiff, it is

ORDERED that this case Complaint is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

DATED:  February __27__, 2013

                              BY THE COURT:

                              *Christine M Arguello*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge